IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| DEBRA HARRIS-PENA, | : | |
| Debtor. | : | Case No. 07-14756(JKF) |
| DEBRA HARRIS-PENA, | : | |
| Plaintiff, | : | |
| v. | : | |
| THE CIT GROUP/CONSUMER FINANCE, INC. | : | |
| and | : | |
| HABANA ACQUISITION CORP., | : | Adversary No. 08-0002 SR |
| Defendants. | : | |

# ORDER

AND NOW, this 13th day of October, 2009, upon consideration of the Plaintiff's Motion for Partial Summary Judgment and the Motion of Defendant the CIT Group/Consumer Finance Inc. for Summary Judgment to Dismiss with Prejudice the Amended Complaint, it is hereby **ORDERED** and **DECREED** that:

    1.    Summary judgment is **GRANTED** in Debtor's favor and against CIT as to liability on her claim under Act 6 in Count I of the Amended Complaint; and

2. Both parties' motions for summary judgment are **DENIED** as to all other claims in the Amended Complaint.

By the Court:

_____
Honorable Stephen Raslavich
Chief United States Bankruptcy Judge

Copies to:

**Counsel for Plaintiff**
Peter Schneider, Esquire
Community Legal Services, Inc.
1424 Chestnut Street
Philadelphia, PA 19102

**Counsel for CIT**
Sherri J. Braunstein, Esquire
Udren Law Offices, P.C.
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, New Jersey 08003-3620

**Chapter 13 Trustee**
William C. Miller
Chapter 13 Trustee
111 S. Independence Mall
Suite 583
Philadelphia, PA 19106

**Courtroom Deputies**
Joan Ranieri
Nancy Mulvehill